### LEONARD et al. v. FABER.

(Supreme Court, Appellate Division, First Department. February 7, 1896.)

Appeal from special term, New York county.

Action by Charles Leonard and John H. McCoy against Eberhard Faber. From an interlocutory judgment overruling a demurrer to the complaint, defendant appeals. Affirmed.

Argued before VAN BRUNT, P. J., and BARRETT, RUMSEY, WILLIAMS, and INGRAHAM, JJ.

James J. Allen, for appellant.
D. M. Porter, for respondents.

BARRETT, J. This case is similar in its facts to Bank v. Faber (previously decided) 37 N. Y. Supp. 423, and the result reached in that case controls this one also. The judgment overruling the demurrer should be affirmed, with costs, with leave to the defendant to answer within 20 days from the entry of judgment, upon payment of costs of the appeal and costs of the court below. All concur.